# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSELL CLINTON JONES, | : | |
| Petitioner, | : | |
| v. | : | NO. 4:15-CV-465 |
| DONNA ZICKAFOOSE, | : | (Judge Brann) |
| Respondent. | : | |

## ORDER

**AND NOW**, this 10th day of January 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's motion to supplement (Doc. 36) is **GRANTED.**

2. The petition for writ of habeas corpus is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge